**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 13-00456 YGR**   **Credit Card Fraud Control Corporation v. Cybersource Corporation**

**C 13-00501 LB**   **Credit Card Fraud Control Corporation v. Paypal, Inc.**

I find that the above case is related to the case assigned to me. _____

**The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**

**Dated: March 18, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED:  March 18, 2013            By: _*Frances Stone*_
                                                      **Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

**DATED:** _____    **By:** _____
                                                                                     **Deputy Clerk**

**Copies to:**   Courtroom Deputies
                     Case Systems Administrators
                     Counsel of Record
**Entered into Assignment Program:** _____(date)