EDWARD E. CASTO, JR. (*pro hac vice*)
ecasto@nbclaw.net
RYAN P. GRIFFIN (*pro hac vice*)
rgriffin@nbclaw.net
Nelson Bumgardner Casto, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-3488
Facsimile: (817) 377-3485

Robert W. Hicks (Cal. Bar No. 168049)
rhicks@rwhlaw.com
Kenneth R. Wright (Cal. Bar No. 176325)
kwright@rwhlaw.com
ROBERT W. HICKS & ASSOCIATES
14435 Big Basin Way, Suite 151
Saratoga, CA 95070
Telephone: (619) 846-4333
Facsimile: (408) 624-9369

*Attorneys for Plaintiff*
CREDIT CARD FRAUD CONTROL
CORPORATION

Jared Bobrow (Cal. Bar No. 133712)
Jared.Bobrow@weil.com
Byron C. Beebe (Cal. Bar No. 235179)
Byron.Beebe@weil.com
Timothy Saulsbury (Cal. Bar No. 281434)
Timothy.Saulsbury@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650.802.3000
Facsimile: 650.802.3100

Audrey Maness (appearing pro hac vice)
Audrey.Maness@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: 713.546.5000
Facsimile: 713.224.9511

*Attorneys for Defendant*
PAYPAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CREDIT CARD FRAUD CONTROL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL INC.,<br><br>Defendant. | Civil Case No. 13-00501 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS** |

Plaintiff Credit Card Fraud Control Corporation ("CCFCC") and Defendant PayPal Inc. ("PayPal") hereby stipulate to dismissal of all claims in this action asserted by CCFCC against

STIPULATION OF DISMISSAL
CASE NO. CIV-13-00456 YGR

- 1 -

PayPal with prejudice, and CCFCC agrees not to bring any future action against PayPal for infringement of U.S. Patent No. 8,229,844 (the "'844 patent"). CCFCC and PayPal further stipulate to dismissal of all claims in this action asserted by PayPal against CCFCC without prejudice, but PayPal agrees that it shall only be permitted to reassert such claims in defense of future litigation involving the '844 patent or in response to an express threat of litigation involving the '844 patent. The parties further stipulate that that each party shall bear its own attorneys' fees, costs of court, and expenses.

Dated: May 2, 2013

/s/ *Edward E. Casto, Jr.*

Edward E. Casto, Jr. (*pro hac vice*)
Ryan P. Griffin (*pro hac vice*)
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone:    817.377.9111
Facsimile:    817.377.3485
ecasto@nbclaw.net
rgriffin@nbclaw.net

Robert W. Hicks (Cal. Bar No. 168049)
Kenneth R. Wright (Cal. Bar No. 176325)
ROBERT W. HICKS & ASSOCIATES
14435 Big Basin Way, Suite 151
Saratoga, CA 95070
Telephone: (619) 846-4333
Facsimile: (408) 624-9369
rhicks@rwhlaw.com
kwright@rwhlaw.com

Attorneys for Plaintiff
CREDIT CARD FRAUD CONTROL CORP.

/s/ *Jared Bobrow*

Jared Bobrow (Cal. Bar No. 133712)
Jared.Bobrow@weil.com
Byron C. Beebe (Cal. Bar No. 235179)
Byron.Beebe@weil.com
Timothy Saulsbury (Cal. Bar No. 281434)
Timothy.Saulsbury@weil.com
WEIL, GOTSHAL & MANGES LLP

| | |
|---|---|
| 1 | 201 Redwood Shores Parkway |
| 2 | Redwood Shores, CA  94065<br>Telephone:  650.802.3000 |
| 3 | Facsimile:  650.802.3100 |


1
2   201 Redwood Shores Parkway
    Redwood Shores, CA  94065
3   Telephone:  650.802.3000
    Facsimile:  650.802.3100
4
    Audrey Maness (appearing pro hac vice)
5   Audrey.Maness@weil.com
    WEIL, GOTSHAL & MANGES LLP
6   700 Louisiana, Suite 1600
    Houston, TX 77002
7   Telephone:  713.546.5000
    Facsimile:  713.224.9511
8
    Attorneys for Defendant
9   PAYPAL INC.

10  PURSUANT TO STIPULATION, IT IS SO ORDERED this _3rd_____ day of May, 2013.

11

12

13  _____
    Hon.  Phyllis J. Hamilton
14  United States District Judge

*[Signature and seal: IT IS SO ORDERED, Judge Phyllis J. Hamilton, U.S. District Court, Northern District of California]*

STIPULATION OF DISMISSAL
CASE NO. CIV-13-00501 PJH

- 3 -