EDWARD E. CASTO, JR. (*pro hac vice*)
ecasto@nbclaw.net
RYAN P. GRIFFIN (*pro hac vice*)
rgriffin@nbclaw.net
Nelson Bumgardner Casto, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-3488
Facsimile: (817) 377-3485

Robert W. Hicks (Cal. Bar No. 168049)
rhicks@rwhlaw.com
Kenneth R. Wright (Cal. Bar No. 176325)
kwright@rwhlaw.com
ROBERT W. HICKS & ASSOCIATES
14435 Big Basin Way, Suite 151
Saratoga, CA 95070
Telephone: (619) 846-4333
Facsimile: (408) 624-9369

*Attorneys for Plaintiff*
CREDIT CARD FRAUD CONTROL
CORPORATION

Jared Bobrow (Cal. Bar No. 133712)
Jared.Bobrow@weil.com
Byron C. Beebe (Cal. Bar No. 235179)
Byron.Beebe@weil.com
Timothy Saulsbury (Cal. Bar No. 281434)
Timothy.Saulsbury@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650.802.3000
Facsimile: 650.802.3100

Audrey Maness (appearing pro hac vice)
Audrey.Maness@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: 713.546.5000
Facsimile: 713.224.9511

*Attorneys for Defendant*
PAYPAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CREDIT CARD FRAUD CONTROL CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>PAYPAL INC.,<br><br>             Defendant. | Civil Case No. 13-00501 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS** |

Plaintiff Credit Card Fraud Control Corporation ("CCFCC") and Defendant PayPal Inc. ("PayPal") hereby stipulate to dismissal of all claims in this action asserted by CCFCC against

STIPULATION OF DISMISSAL
CASE NO. CIV-13-00456 YGR

- 1 -

PayPal with prejudice, and CCFCC agrees not to bring any future action against PayPal for infringement of U.S. Patent No. 8,229,844 (the "'844 patent").  CCFCC and PayPal further stipulate to dismissal of all claims in this action asserted by PayPal against CCFCC without prejudice, but PayPal agrees that it shall only be permitted to reassert such claims in defense of future litigation involving the '844 patent or in response to an express threat of litigation involving the '844 patent.  The parties further stipulate that that each party shall bear its own attorneys' fees, costs of court, and expenses.

Dated: May 2, 2013               /s/ Edward E. Casto, Jr.

                                           Edward E. Casto, Jr. (*pro hac vice*)
                                           Ryan P. Griffin (*pro hac vice*)
                                           NELSON BUMGARDNER CASTO, P.C.
                                           3131 West 7th Street, Suite 300
                                           Fort Worth, Texas 76107
                                           Telephone:     817.377.9111
                                           Facsimile:     817.377.3485
                                           ecasto@nbclaw.net
                                           rgriffin@nbclaw.net

                                           Robert W. Hicks (Cal. Bar No. 168049)
                                           Kenneth R. Wright (Cal. Bar No. 176325)
                                           ROBERT W. HICKS & ASSOCIATES
                                           14435 Big Basin Way, Suite 151
                                           Saratoga, CA 95070
                                           Telephone: (619) 846-4333
                                           Facsimile: (408) 624-9369
                                           rhicks@rwhlaw.com
                                           kwright@rwhlaw.com

                                           Attorneys for Plaintiff
                                           CREDIT CARD FRAUD CONTROL CORP.


                                           /s/ Jared Bobrow

                                           Jared Bobrow (Cal. Bar No. 133712)
                                           Jared.Bobrow@weil.com
                                           Byron C. Beebe (Cal. Bar No. 235179)
                                           Byron.Beebe@weil.com
                                           Timothy Saulsbury (Cal. Bar No. 281434)
                                           Timothy.Saulsbury@weil.com
                                           WEIL, GOTSHAL & MANGES LLP

|   |   |
|---|---|
| 1 | 201 Redwood Shores Parkway |
| 2 | Redwood Shores, CA 94065<br>Telephone: 650.802.3000<br>Facsimile: 650.802.3100 |
| 3 |   |
| 4 | Audrey Maness (appearing pro hac vice)<br>Audrey.Maness@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600 |
| 6 | Houston, TX 77002<br>Telephone: 713.546.5000<br>Facsimile: 713.224.9511 |
| 7 |   |
| 8 | Attorneys for Defendant<br>PAYPAL INC. |

10   PURSUANT TO STIPULATION, IT IS SO ORDERED this _3rd_____ day of May, 2013.

_____
Hon. Phyllis J. Hamilton
United States District Judge

*[Signature and seal: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*